# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MAJID MAJIDI DARYANI,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **#1 JOHN DOE, WARDEN, EL PASO** § | |
| **SERVICE PROCESSING CENTER,** § | |
| **MARY DE ANDA-YBARRA, FIELD** § | No. 3:25-CV-00206-LS |
| **OFFICE DIRECTOR, EL PASO FIELD** § | |
| **OFFICE, U.S. IMMIGRATION AND** § | |
| **CUSTOMS ENFORCEMENT; TODD** § | |
| **M. LYONS, ACTING DIRECTOR, U.S.** § | |
| **IMMIGRATION AND CUSTOMS** § | |
| **ENFORCEMENT; KRISTI NOEM,** § | |
| **SECRETARY OF HOMELAND** § | |
| **SECURITY; AND PAMELA JO** § | |
| **BONDI, ATTORNEY GENERAL OF** § | |
| **THE UNITED STATES;** § | |
| § | |
| *Respondents*. § | |

## ORDER FOR SERVICE

Petitioner Majid Maidi Daryani challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents, through their counsel, to show cause why the Court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the need for the government to review its records, the Court will extend the show-cause deadline to 14 days pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **June 24, 2025** why the relief Petitioner seeks should not be granted by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 11, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**