## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MAJID MAJIDI DARYANI,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **#1 JOHN DOE, WARDEN, EL PASO** | § | |
| **SERVICE PROCESSING CENTER;** | § | |
| **MARY DE ANDA-YBARRA, FIELD** | § | **No.  3:25-CV-00206-LS** |
| **OFFICE DIRECTOR, EL PASO FIELD** | § | |
| **OFFICE, U.S. IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; TODD** | § | |
| **M. LYONS, ACTING DIRECTOR, U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; KRISTI NOEM,** | § | |
| **SECRETARY OF HOMELAND** | § | |
| **SECURITY; AND PAMELA JO** | § | |
| **BONDI, ATTORNEY GENERAL OF** | § | |
| **THE UNITED STATES;** | § | |
| | § | |
| *Defendants*. | § | |

### ORDER DISMISSING CASE

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal,[1] the Court dismisses

this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 12, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 3.